# EXHIBIT 3

# U.S. Patent No. 6,362,822

## Assassin's Creed Rogue

**Ubisoft, Inc.
Exhibit 3**

| Claim 1 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| [1.1] A shadow rendering method for use in a computer system, the method comprising the steps of: | On information and belief, *Assassin's Creed Rogue* uses the AnvilNext engine:<br><br>**AnvilNext**<br><br>As the successor to the Anvil, the AnvilNext engine boasts several new technological tools for developers to work with, including deferred lighting, ambient occlusion, support for a dynamic weather cycling system, a new camera mode, improved crowd AI, as well as advancements in animation and improved visuals. The technology pioneered in the game *Assassin's Creed III*.[3]<br><br>The AnvilNext logo<br><br>AnvilNext is reported to possess the ability to render crowds in thousands, while the previous engine was limited to the hundreds. The engine also allows for the implementation of a dynamic game world, enabling the world to change itself over the course of time. This means that enemy settlements may appear or disappear, relating to the events in the game.[3]<br><br>AnvilNext has been used for four *Assassin's Creed* games. In addition to *Assassin's Creed III*, it has been used to develop the HD remake of *Assassin's Creed III: Liberation*, *Assassin's Creed IV: Black Flag*, and *Assassin's Creed: Rogue*.<br><br>https://assassinscreed.fandom.com/wiki/Anvil_(game_engine)<br><br>The AnvilNext engine is a cross-platform video game engine developed by Ubisoft Montreal and used in video games published by Ubisoft Entertainment SA and its subsidiaries. Said games are sold, distributed, marketed, and tested by Ubisoft, Inc. (hereafter "Ubisoft"). AnvilNext utilizes rendering methods such as deferred shading/lighting and cascaded shadow maps for example, as shown below: |

| Claim 1 | AnvilNext – *Assassin's Creed Rogue* |
|---------|--------------------------------------|
| | **The AnvilNext Engine** |

œWhen you™re working with engineers who have solved massive problems in the past and set the bar really high in terms of animation and character navigation, we knew we could push the bar, says Hutchinson. Given the upgraded moniker of ˜AnvilNext™, Hutchinson™s new and improved game engine has been rebuilt from the ground, and makes some mighty intriguing promises. Among the new aesthetic features are things like deferred lighting, ambient occlusion, new and improved camera functionality and a more thorough crowd AI that interacts more intuitively with the central character. One of the more important developments for the franchise though comes in the form of its animation. It™s been important to Ubisoft to create a game that feels completely different than Assassin™s Creed 2, while staying tru to it's roots in fluidity; and even more so in the face of waning interest in the franchise (brought on through fans playing essentially the same game three times). According to all sources, Connor just feels different to play than either Altair or Ezio; he moves differently, climbs differently, he stalks lower to the ground and by all accounts he™s all together more predatorial, but while still retaining that smooth Assassin™s Creed feel. œAnimation fidelity is such a big part of the Assassins brand that if we were going to do it we wanted to do it right, Hutchinson says. œ our goal with the new game is to have no animations from the previous ACs, he reiterates. œWe don™t want you to see anything from previous ACs in this game unless we deliberately put it in there.

https://whatculture.com/gaming/assassins-creed-3-the-anvilnext-engine

| Claim 1 | AnvilNext – *Assassin's Creed Rogue* |
|---------|--------------------------------------|
|         | AnvilNext's lighting system was also rewritten to support dynamic global illumination (via deferred radiance transfer volumes) and to provide for a physically based volumetric fog, individual rendering of raindrops that are made of lit particles and that generated dynamic ripples in the wind. That translated also to the under-sea portions of the game. For *Black Flag* on PC, Ubisoft has also implemented the SMAA anti-aliasing tech, as well as TXAA (temporal anti-aliasing) – exclusively on Nvidia GPU. HBAO+ for improved ambient occlusion, and Tessellation, have also been implemented in *Black Flag* with the help of Nvidia.<br><br>https://www.fxguide.com/fxfeatured/5-things-you-need-to-know-about-the-tech-of-assassins-creed-iv-black-flag/ |

| Claim 1 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| | **DSOGaming: Can you share more details about your Global Illumination solution?**<br><br>**LP:** Our Global Illumination is based on previous work that was done internally at Ubisoft (deferred radiance transfer volumes), but we improved it greatly. Using the navmesh, we automatically populate our world with thousands of probes. For each probe, we then compute the irradiance for 8 different time of the day. Those computations are done on the build machine GPU, so they are really fast: we can compute thousands of probes per minute. At runtime, on the player machine, we then interpolate these data to get the proper bounce lighting for a given time of day, world position and weather. This bounce sun lighting is then combined with ambient occlusion and sky lighting to achieve a full indirect lighting and a Global Illumination solution. This system works on both current gen and next gen.<br><br>https://www.dsogaming.com/interviews/ubisoft-talks-ac4-tech-anvilnext-engine-features-global-illumination-dx11-2-amds-mantle/ |

| Claim 1 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| | What's clear is that the PC version of Rogue offers up the most technically advanced Assassin's Creed experience out of the bunch. Plumes of volumetric smoke flood the screen when cannons and handguns are fired, leaving thick clouds floating across the battlefield (these elements are displayed as flat 2D alpha sprites on consoles), while physics-based foliage reacts with the wind and characters, swaying and bending when disturbed. The ocean is also graced with another layer of waves and shader effects compared to the 360 and PS3 versions, more realistically replicating how the water surface appears. All of these effects are enhancements to AnvilNext made for AC4's debut on current-gen consoles, added to the PC version by default and very welcome here in Assasin's Creed Rogue.<br><br><br>https://www.eurogamer.net/articles/digitalfoundry-2015-assassins-creed-rogue-face-off |

| Claim 1 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| | |
| [1.2] providing observer data of a simulated multi-dimensional scene; | Ubisoft performs the step of "providing observer data of a simulated multi-dimensional scene." <br><br> The '822 specification teaches that, in one embodiment, observer data may include "observed color data and observed depth data associated with a plurality of modeled polygons within the scene as rendered from an observer's perspective." Col. 3:38-41. <br><br> Observed color data includes, for example, "an observed red-green-blue value for the pixel(s)," and observed depth data includes, for example, "an observed z-buffer value for the pixel(s)." Col. 3:43-46. <br><br> In the context of 3D graphics, a "camera" observes one or more objects in a simulated world. The camera captures a particular viewpoint of the world, observing specific data associated with the objects as seen from the camera's point-of-view. <br><br> AnviNext's deferred shading technique uses a geometry buffer (GBuffer) that stores material and object attributes as shown, for example, below: |

| Claim 1 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| | <br><br>https://www.gdcvault.com/play/1024656/Advanced-Graphics-Tech-Moving-to |

| Claim 1 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| | Deferred shading is based on the idea that we *defer* or *postpone* most of the heavy rendering (like lighting) to a later stage. Deferred shading consists of two passes: in the first pass called the geometry pass we render the scene once and retrieve all kinds of geometrical information from the objects that we store in a collection of textures called the G-buffer; think of position vectors, color vectors, normal vectors and/or specular values. The geometric information of a scene stored in the G-buffer is then later used for (more complex) lighting calculations. Below is the content of a G-buffer of a single frame: <br><br>  <br><br> We use the textures from the G-buffer in a second pass called the lighting pass where we render a screen-filled quad and calculate the scene's lighting for each fragment using the geometrical information stored in the G-buffer; pixel by pixel we iterate over the G-buffer. Instead of taking each object all the way from the vertex shader to the fragment shader we decouple its advanced fragment processes to a later stage. The lighting calculations remain exactly the same to what we're used to, but this time we take all required input variables from the corresponding G-buffer textures instead of the vertex shader (plus some uniform variables). <br><br> https://learnopengl.com/Advanced-Lighting/Deferred-Shading |

| Claim 1 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| |  |

https://developer.download.nvidia.com/assets/gameworks/downloads/regular/GDC17/DX12CaseStudies_GDC2017_FINAL.pdf?7_X2OtkLcVZppE3bx7erJjVXAyPZRnv0-iZbJ0aQDV0DSodjlCMfK-tcpVPOpQJxg4weQ_Wt9GfCkqrr-7ZgWECWan9K_ADWjfQSUr5Xnik3hVpRZ2L9rUAg60KktA6zocKHbdeBgK9rLFd8yzI92tv4FIjKLauJi3dCVmz-LnlAm7Qa_0h9KF8

The geometry buffer ("G-Buffer") and "lighting" data contain "observer data" described in the spec of the '822 Patent. G-Buffer data is combined with lighting data (and other data) in the "Graphics" queue to create the rendered scene. For example, as illustrated above, the GBuffer typically contains observed color data such as the rendered object's color, shape, and material characteristics *i.e.* how rough or "shiny" an object may appear based on the material it is "made" from. Thus, the AnvilNext engine provides observed color data.

| [1.3] providing lighting data associated with a plurality of simulated light sources arranged to illuminate said scene, said lighting | Ubisoft performs the step of "providing lighting data associated with a plurality of simulated light sources arranged to illuminate said scene, said lighting data including light image data."<br><br>"Light image **51C** includes RGB pixel data values for the light emitted, for X by Y number of |

| Claim 1 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| data including light image data; | pixels. For example, the data in light image **51C** can represent the intensity, color, and/or pattern of light emitted by light source #1." Col. 7:15-19.<br><br>AnvilNext supports a variety of lights as well as "Global Illumination," as shown below:<br><br>**DSOGaming: Can you share more details about your Global Illumination solution?**<br><br>**LP:** Our Global Illumination is based on previous work that was done internally at Ubisoft (deferred radiance transfer volumes), but we improved it greatly. Using the navmesh, we automatically populate our world with thousands of probes.  For each probe, we then compute the irradiance for 8 different time of the day.  Those computations are done on the build machine GPU, so they are really fast: we can compute thousands of probes per minute. At runtime, on the player machine, we then interpolate these data to get the proper bounce lighting for a given time of day, world position and weather.  This bounce sun lighting is then combined with ambient occlusion and sky lighting to achieve a full indirect lighting and a Global Illumination solution.  This system works on both current gen and next gen.<br><br>https://www.dsogaming.com/interviews/ubisoft-talks-ac4-tech-anvilnext-engine-features-global-illumination-dx11-2-amds-mantle/ |

| Claim 1 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| | As part of this "Global Illumination" system, probes are used to acquire "lighting data" based on lights in a scene. This "lighting data" is used to render the scene and thus can also be "light image data." <br><br> As explained in Claim 1.4 below, for example, a light is also associated with depth data, such as for the purpose of determining which objects are illuminated by said light. |
| [1.4] for each of said plurality of light sources, comparing at least a portion of said observer data with at least a portion of said lighting data to determine if a modeled point within said scene is illuminated by said light source and storing at least a portion of said light image data associated with said point and said light source in a light accumulation buffer; and then | "[F]or each of said plurality of light sources," Ubisoft performs the step of "comparing at least a portion of said observer data with at least a portion of said lighting data to determine if a modeled point within said scene is illuminated by said light source and storing at least a portion of said light image data associated with said point and said light source in a light accumulation buffer." <br><br> Upon information and belief, AnvilNext iterates through each light source to determine whether a modeled point is illuminated by intersecting light sources with portions of the screen to be rendered. |

| Claim 1 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| | **DSOGaming: Can you share more details about your Global Illumination solution?**<br><br>**LP:** Our Global Illumination is based on previous work that was done internally at Ubisoft (deferred radiance transfer volumes), but we improved it greatly. Using the navmesh, we automatically populate our world with thousands of probes. For each probe, we then compute the irradiance for 8 different time of the day. Those computations are done on the build machine GPU, so they are really fast: we can compute thousands of probes per minute. At runtime, on the player machine, we then interpolate these data to get the proper bounce lighting for a given time of day, world position and weather. This bounce sun lighting is then combined with ambient occlusion and sky lighting to achieve a full indirect lighting and a Global Illumination solution. This system works on both current gen and next gen.<br><br>https://www.dsogaming.com/interviews/ubisoft-talks-ac4-tech-anvilnext-engine-features-global-illumination-dx11-2-amds-mantle/<br><br>Upon information and belief, this claim limitation is implemented at least in part in software, for which source code is not publicly available. Plaintiff will supplement these contentions to identify the source code corresponding to this limitation following production of the relevant source code by Defendant. |
| [1.5] combining at least a portion of said light accumulation buffer with | Ubisoft performs the step of "combining at least a portion of said light accumulation buffer with said observer data." |

| Claim 1 | AnvilNext – *Assassin's Creed Rogue* |
|---------|--------------------------------------|
| said observer data; and | As shown below, for example, typical deferred lighting operation involves a "lighting pass" which iterates pixel by pixel over the G-Buffer. The results are then stored in a "lighting pass shader." This buffer is used to light the rendered scene. <br><br> **The deferred lighting pass** <br><br> With a large collection of fragment data in the G-Buffer at our disposal we have the option to completely calculate the scene's final lighted colors by iterating over each of the G-Buffer textures pixel by pixel and use their content as input to the lighting algorithms. Because the G-buffer texture values all represent the final transformed fragment values we only have to do the expensive lighting operations once per pixel. This makes deferred shading quite efficient, especially in complex scenes where we'd easily invoke multiple expensive fragment shader calls per pixel in a forward rendering setting. <br><br> For the lighting pass we're going to render a 2D screen-filled quad (a bit like a post-processing effect) and execute an expensive lighting fragment shader on each pixel: <br><br> ```glClear(GL_COLOR_BUFFER_BIT \| GL_DEPTH_BUFFER_BIT);\nglActiveTexture(GL_TEXTURE0);\nglBindTexture(GL_TEXTURE_2D, gPosition);\nglActiveTexture(GL_TEXTURE1);\nglBindTexture(GL_TEXTURE_2D, gNormal);\nglActiveTexture(GL_TEXTURE2);\nglBindTexture(GL_TEXTURE_2D, gAlbedoSpec);\n// also send light relevant uniforms\nshaderLightingPass.use();\nSendAllLightUniformsToShader(shaderLightingPass);\nshaderLightingPass.setVec3("viewPos", camera.Position);\nRenderQuad();``` <br><br> We bind all relevant textures of the G-buffer before rendering and also send the lighting-relevant uniform variables to the shader. <br><br> https://learnopengl.com/Advanced-Lighting/Deferred-Shading |

| Claim 1 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| | The lighting pass shader accepts 3 uniform textures that represent the G-buffer and hold all the data we've stored in the geometry pass. If we were to sample these with the current fragment's texture coordinates we'd get the exact same fragment values as if we were rendering the geometry directly. At the start of the fragment shader we retrieve the lighting-relevant variables from the G-buffer textures by a simple texture lookup. Note that we retrieve both the `Albedo` color and the `Specular` intensity from the single `gAlbedoSpec` texture.<br><br>https://learnopengl.com/Advanced-Lighting/Deferred-Shading<br><br>Upon information and belief, this claim limitation is implemented at least in part in software, for which source code is not publicly available. Plaintiff will supplement these contentions to identify the source code corresponding to this limitation following production of the relevant source code by Defendant. |
| [1.6] displaying resulting image data to a computer screen. | On information and belief, Ubisoft performs the step of "displaying resulting image data to a computer screen," such as, for example, when testing a video game running the AnvilNext engine.<br><br>Upon information and belief, this claim limitation is implemented at least in part in software, for which source code is not publicly available. Plaintiff will supplement these contentions to identify the source code corresponding to this limitation following production of the relevant source code by Defendant. |

| Claim 2 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| 2. The method as recited in claim 1, wherein said observer data includes observed color data and observed depth data associated with a plurality of modeled polygons within said scene as rendered from an observer's perspective. | Ubisoft performs the step of "providing observer data of a simulated multi-dimensional scene."<br><br>The '822 specification teaches that, in one embodiment, observer data may include "observed color data and observed depth data associated with a plurality of modeled polygons within the scene as rendered from an observer's perspective." Col. 3:38-41.<br><br>Observed color data includes, for example, "an observed red-green-blue value for the pixel(s)," and observed depth data includes, for example, "an observed z-buffer value for the pixel(s)." Col. 3:43-46. |

| Claim 2 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| | In the context of 3D graphics, a "camera" observes one or more objects in a simulated world. The camera captures a particular viewpoint of the world, observing specific data associated with the objects as seen from the camera's point-of-view.<br><br>AnviNext's deferred shading technique uses a geometry buffer (GBuffer) that stores material and object attributes as shown, for example, below:<br><br> |

| Claim 2 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| | https://www.gdcvault.com/play/1024656/Advanced-Graphics-Tech-Moving-to<br><br>Deferred shading is based on the idea that we *defer* or *postpone* most of the heavy rendering (like lighting) to a later stage. Deferred shading consists of two passes: in the first pass called the geometry pass we render the scene once and retrieve all kinds of geometrical information from the objects that we store in a collection of textures called the G-buffer; think of position vectors, color vectors, normal vectors and/or specular values. The geometric information of a scene stored in the G-buffer is then later used for (more complex) lighting calculations. Below is the content of a G-buffer of a single frame:<br><br><br><br>We use the textures from the G-buffer in a second pass called the lighting pass where we render a screen-filled quad and calculate the scene's lighting for each fragment using the geometrical information stored in the G-buffer; pixel by pixel we iterate over the G-buffer. Instead of taking each object all the way from the vertex shader to the fragment shader we decouple its advanced fragment processes to a later stage. The lighting calculations remain exactly the same to what we're used to, but this time we take all required input variables from the corresponding G-buffer textures instead of the vertex shader (plus some uniform variables).<br><br>https://learnopengl.com/Advanced-Lighting/Deferred-Shading |

| Claim 2 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| | <br><br>https://developer.download.nvidia.com/assets/gameworks/downloads/regular/GDC17/DX12CaseStudies_GDC2017_FINAL.pdf?7_X2OtkLcVZppE3bx7erJjVXAyPZRnv0-iZbJ0aQDV0DSodjlCMfK-tcpVPOpQJxg4weQ_Wt9GfCkqrr-7ZgWECWan9K_ADWjfQSUr5Xnik3hVpRZ2L9rUAg60KktA6zocKHbdeBgK9rLFd8yzI92tv4FIjKLauJi3dCVmz-LnlAm7Qa_0h9KF8<br><br>The geometry buffers ("G-Buffer") and "lighting" data contain "observer data" described in the spec of the '822 Patent. G-Buffer data is combined with lighting data (and other data) in the "Graphics" queue to create the rendered scene. For example, as illustrated above, the GBuffer typically contains observed color data such as the rendered object's depth, color, shape, and material characteristics *i.e.* how rough or "shiny" an object may appear based on the material it is "made" from. Thus, the AnvilNext engine provides observed color and depth data.<br><br>The "observer's perspective" is defined according to the camera, which represents the player's point of view. This point of view can be changed and adjusted and determines how the game world is viewed. |

| Claim 2 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| | In the most common state for the avatar, standing or walking/running, the camera is a medium shot from behind and slightly above. It is possible for the player to orbit the camera around the avatar to create other angles when standing still. If the camera is moved horizontally while the avatar is moving the forward direction will change accordingly to the camera. So while it is possible to have a moving shot from the side this also means that the player has to control the avatar to move sideways over the screen. Vertically, the camera's angle does not affect the avatar and the player can create anything from a low to a high angle shot.<br><br>The distance of the camera mostly remains the same while the avatar is in one of these common states although it does slightly back up the faster the avatar is moving. A few game moves does change the camera's position more, such as zooming out further and locking in place when the player performs a leap of faith (jumping down from a high place) or locking it to an over the shoulder shot as the player aims a flintlock pistol.<br><br>As the player enters a new city, a non-interactive aerial establishing shot will be shown. These shots are also used for example when the player chooses to scan an area from a very high place such as a tower (it's called synchronization in game). Some events also trigger these kinds of shots but they're not always aerial. Every once in a while an extreme wide shot is taken from the ground as well. |

| Claim 2 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| | When fighting enemies the player can perform finishing moves and counter attacks. These moves generally lock the camera in place or force it to move in a specific way, but sometimes they act more interestingly. A few of these moves changes the camera's position more drastically, zooming in to a close-up or over the shoulder shot as the animation is played. Some of these moves even make the camera cut to a new position. Others place the camera at a specific angle but give the player control of the rotation of the camera, but if the player lets go of the controls it will revert back to its initial rotation.<br><br>While the player is controlling the camera, the avatar will stay very close to the middle of the screen. But if the player is performing a move where the camera is controlled by a script instead, the character rarely remains close to the middle. The player is also capable of a special action called eagle vision which desaturates the screen and adds stronger colors to specific objects with which the player can interact.<br><br>https://uu.diva-portal.org/smash/get/diva2:628121/FULLTEXT01.pdf |

| Claim 3 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| 3. The method as recited in claim 2, wherein said plurality of modeled polygons within said scene are associated with at least one pixel on said computer screen, such that said observed color data includes an observed red-green-blue value for said pixel and said observed depth data includes an observed z-buffer value for said pixel. | Ubisoft performs "the method as recited in claim 2, wherein said plurality of modeled polygons within said scene are associated with at least one pixel on said computer screen, such that said observed color data includes an observed red-green-blue value for said pixel and said observed depth data includes an observed z-buffer value for said pixel."<br><br>According to the '822 patent, "As with the real World, these virtual 3D worlds consist of a plurality of 3D objects. These 3D objects are typically modeled by one or more polygons." Col. 1: 25-27.<br><br>Z-buffer value is a indication of depth information of each pixel as stated in the '822 patent, "Camera depth 51B is a Z-buffer containing depth information for each of the X by Y number of pixels in camera image 51A." Col. 3: 10-12.<br><br>For example, scenes rendered using deferred shading (technology used by AnvilNext) consists |

| Claim 3 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| | of one or more objects. Each object, when it is displayed on the output is associated with "at least one pixel". <br><br>  <br><br> [https://learnopengl.com/Advanced-Lighting/Deferred-Shading](https://learnopengl.com/Advanced-Lighting/Deferred-Shading) |

Case 5:20-cv-00223-D    Document 1-3    Filed 05/27/20    Page 22 of 29

| Claim 3 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| |  |

https://developer.download.nvidia.com/assets/gameworks/downloads/regular/GDC17/DX12Ca seStudies_GDC2017_FINAL.pdf?7_X2OtkLcVZppE3bx7erJjVXAyPZRnv0- iZbJ0aQDV0DSodjlCMfK-tcpVPOpQJxg4weQ_Wt9GfCkqrr- 7ZgWECWan9K_ADWjfQSUr5Xnik3hVpRZ2L9rUAg60KktA6zocKHbdeBgK9rLFd8yzI92t v4FIjKLauJi3dCVmz-LnlAm7Qa_0h9KF8

As can be seen from the above screenshots, AnvilNext includes resources for "Depth" for a rendered scene. Upon information and belief, this characteristic is similar to "observed depth data" and "observed z-buffer value" for a given pixel.

| Claim 4 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| 4. The method as recited in claim 2, wherein said lighting data includes source color data associated with at least one of said light sources and source depth data associated with said plurality of modeled polygons within said scene as rendered from a plurality of different light source's perspectives. | Ubisoft performs "the method as recited in claim 2, wherein said lighting data includes source color data associated with at least one of said light sources and source depth data associated with said plurality of modeled polygons within said scene as rendered from a plurality of different light source's perspectives."<br><br>A light within a scene is associated with lighting data such as, for example, color.<br><br>**The deferred lighting pass**<br><br>With a large collection of fragment data in the G-Buffer at our disposal we have the option to completely calculate the scene's final lighted colors by iterating over each of the G-Buffer textures pixel by pixel and use their content as input to the lighting algorithms. Because the G-buffer texture values all represent the final transformed fragment values we only have to do the expensive lighting operations once per pixel. This makes deferred shading quite efficient, especially in complex scenes where we'd easily invoke multiple expensive fragment shader calls per pixel in a forward rendering setting.<br><br>For the lighting pass we're going to render a 2D screen-filled quad (a bit like a post-processing effect) and execute an expensive lighting fragment shader on each pixel:<br><br>```\nglClear(GL_COLOR_BUFFER_BIT | GL_DEPTH_BUFFER_BIT);\nglActiveTexture(GL_TEXTURE0);\nglBindTexture(GL_TEXTURE_2D, gPosition);\nglActiveTexture(GL_TEXTURE1);\nglBindTexture(GL_TEXTURE_2D, gNormal);\nglActiveTexture(GL_TEXTURE2);\nglBindTexture(GL_TEXTURE_2D, gAlbedoSpec);\n// also send light relevant uniforms\nshaderLightingPass.use();\nSendAllLightUniformsToShader(shaderLightingPass);\nshaderLightingPass.setVec3("viewPos", camera.Position);\nRenderQuad();\n```<br><br>https://learnopengl.com/Advanced-Lighting/Deferred-Shading<br><br>The lighting pass shader accepts 3 uniform textures that represent the G-buffer and hold all the data we've stored in the geometry pass. If we were to sample these with the current fragment's texture coordinates we'd get the exact same fragment values as if we were rendering the geometry directly. At the start of the fragment shader we retrieve the lighting-relevant variables from the G-buffer textures by a simple texture lookup. Note that we retrieve both the `Albedo` color and the `Specular` intensity from the single `gAlbedoSpec` texture. |

| Claim 4 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| | https://learnopengl.com/Advanced-Lighting/Deferred-Shading<br><br>Deferred rendering (used by AnvilNext) also uses depth data to determine which objects will be affected by a light source and how those objects will be rendered with respect to the camera.<br><br>We stored the depth of all the objects rendered in the deferred shading pass in the `gBuffer` FBO. If we were to simply copy the content of its depth buffer to the depth buffer of the default framebuffer, the light cubes would then render as if all of the scene's geometry was rendered with forward rendering. As briefly explained in the anti-aliasing tutorial we have to specify a framebuffer as the read framebuffer and similarly specify a framebuffer as the write framebuffer:<br><br>```\nglBindFramebuffer(GL_READ_FRAMEBUFFER, gBuffer);\nglBindFramebuffer(GL_DRAW_FRAMEBUFFER, 0); // write to default framebuffer\nglBlitFramebuffer(\n    0, 0, SCR_WIDTH, SCR_HEIGHT, 0, 0, SCR_WIDTH, SCR_HEIGHT, GL_DEPTH_BUFFER_BIT, GL_NEAREST\n);\nglBindFramebuffer(GL_FRAMEBUFFER, 0);\n// now render light cubes as before\n[...]\n```<br><br>Here we copy the entire read framebuffer's depth buffer content to the default framebuffer's depth buffer; this can similarly be done for colorbuffers and stencil buffers. Now if we then render the light cubes, the cubes indeed act as if the scene's geometry is real and not simply pasted on top of a 2D quad:<br><br>https://learnopengl.com/Advanced-Lighting/Deferred-Shading<br><br>Upon information and belief, AnvilNext iterates through each light source to determine whether a modeled point is illuminated by, for example, intersecting light sources with portions of the screen to be rendered. This intersection process involves comparing the observed depth data with the lighting depth data.<br><br>Upon information and belief, this claim limitation is implemented at least in part in software, for which source code is not publicly available. Plaintiff will supplement these contentions to identify the source code corresponding to this limitation following production of the relevant source code by Defendant. |

| Claim 6 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| 6. The method as recited in claim 4, wherein the step of comparing at least a portion of said observer data with at least a portion of said lighting data to determine if a modeled point within said scene is illuminated by said light source further includes comparing at least a portion of said observed depth data with at least a portion of said source depth data to determine if said modeled point is illuminated by said light source. | Ubisoft performs "the method as recited in claim 4, wherein the step of comparing at least a portion of said observer data with at least a portion of said lighting data to determine if a modeled point within said scene is illuminated by said light source further includes comparing at least a portion of said observed depth data with at least a portion of said source depth data to determine if said modeled point is illuminated by said light source."<br><br>A light within a scene is associated with lighting data such as, for example, color.<br><br>**The deferred lighting pass**<br><br>With a large collection of fragment data in the G-Buffer at our disposal we have the option to completely calculate the scene's final lighted colors by iterating over each of the G-Buffer textures pixel by pixel and use their content as input to the lighting algorithms. Because the G-buffer texture values all represent the final transformed fragment values we only have to do the expensive lighting operations once per pixel. This makes deferred shading quite efficient, especially in complex scenes where we'd easily invoke multiple expensive fragment shader calls per pixel in a forward rendering setting.<br><br>For the lighting pass we're going to render a 2D screen-filled quad (a bit like a post-processing effect) and execute an expensive lighting fragment shader on each pixel:<br><br>```\nglClear(GL_COLOR_BUFFER_BIT | GL_DEPTH_BUFFER_BIT);\nglActiveTexture(GL_TEXTURE0);\nglBindTexture(GL_TEXTURE_2D, gPosition);\nglActiveTexture(GL_TEXTURE1);\nglBindTexture(GL_TEXTURE_2D, gNormal);\nglActiveTexture(GL_TEXTURE2);\nglBindTexture(GL_TEXTURE_2D, gAlbedoSpec);\n// also send light relevant uniforms\nshaderLightingPass.use();\nSendAllLightUniformsToShader(shaderLightingPass);\nshaderLightingPass.setVec3("viewPos", camera.Position);\nRenderQuad();\n```<br><br>https://learnopengl.com/Advanced-Lighting/Deferred-Shading<br><br>Deferred rendering (used by AnvilNext) also uses depth data to determine which objects will be |

| Claim 6 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| | affected by a light source and how those objects will be rendered with respect to the camera. |
| | We stored the depth of all the objects rendered in the deferred shading pass in the `gBuffer` FBO. If we were to simply copy the content of its depth buffer to the depth buffer of the default framebuffer, the light cubes would then render as if all of the scene's geometry was rendered with forward rendering. As briefly explained in the anti-aliasing tutorial we have to specify a framebuffer as the read framebuffer and similarly specify a framebuffer as the write framebuffer: |
| | ```
glBindFramebuffer(GL_READ_FRAMEBUFFER, gBuffer);
glBindFramebuffer(GL_DRAW_FRAMEBUFFER, 0); // write to default framebuffer
glBlitFramebuffer(
  0, 0, SCR_WIDTH, SCR_HEIGHT, 0, 0, SCR_WIDTH, SCR_HEIGHT, GL_DEPTH_BUFFER_BIT, GL_NEAREST
);
glBindFramebuffer(GL_FRAMEBUFFER, 0);
// now render light cubes as before
[...]
``` |
| | Here we copy the entire read framebuffer's depth buffer content to the default framebuffer's depth buffer; this can similarly be done for colorbuffers and stencil buffers. Now if we then render the light cubes, the cubes indeed act as if the scene's geometry is real and not simply pasted on top of a 2D quad: |
| | https://learnopengl.com/Advanced-Lighting/Deferred-Shading |
| | Upon information and belief, AnvilNext iterates through each light source to determine whether a modeled point is illuminated by, for example, intersecting light sources with portions of the screen to be rendered. This intersection process involves comparing the observed depth data with the lighting depth data. |

| Claim 7 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| 7. The method as recited in claim 6, wherein the step of comparing at least a portion of said observed depth data with at least a portion of said source depth data to determine if said modeled point is illuminated by | Ubisoft performs "the method as recited in claim 6, wherein the step of comparing at least a portion of said observed depth data with at least a portion of said source depth data to determine if said modeled point is illuminated by said light source further includes converting at least a portion of said observed depth data from said observer's perspective to at least one of said plurality of different light source's perspectives, before comparing said observed depth data with said source depth data." |

| Claim 7 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| said light source further includes converting at least a portion of said observed depth data from said observer's perspective to at least one of said plurality of different light source's perspectives, before comparing said observed depth data with said source depth data. | For example, AnvilNext calculates the effect of light sources on an object using G-Buffer data, lighting data, and shadow data (as shown below).<br><br><br><br>https://developer.download.nvidia.com/assets/gameworks/downloads/regular/GDC17/DX12CaseStudies_GDC2017_FINAL.pdf?7_X2OtkLcVZppE3bx7erJjVXAyPZRnv0-iZbJ0aQDV0DSodjlCMfK-tcpVPOpQJxg4weQ_Wt9GfCkqrr-7ZgWECWan9K_ADWjfQSUr5Xnik3hVpRZ2L9rUAg60KktA6zocKHbdeBgK9rLFd8yzI92tv4FIjKLauJi3dCVmz-LnlAm7Qa_0h9KF8<br><br>Further, upon information and belief (as shown in Claim 6), AnvilNext converts the observed depth data from observer's perspective to the light source's perspective to determine if the |

| Claim 7 | AnvilNext – *Assassin's Creed Rogue* |
|---|---|
| | modeled point is illuminated by the light source. |
| | Upon information and belief, this claim limitation is implemented at least in part in software, for which source code is not publicly available. Plaintiff will supplement these contentions to identify the source code corresponding to this limitation following production of the relevant source code by Defendant. |