# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| INFERNAL TECHNOLOGY, LLC, and<br>TERMINAL REALITY, INC., | )<br>)<br>) |
| *Plaintiffs,* | ) ORDER GRANTING JOINT MOTION<br>) TO STAY<br>) |
| v. | )<br>) NO. 5:20-CV-00223-D |
| UBISOFT, INC. and,<br>UBISOFT ENTERTAINMENT S.A., | )<br>)<br>) |
| *Defendants.* | ) |

The Court, having considered the parties' Renewed Joint Motion to Stay and Brief in Support of Joint Motion to Stay hereby **GRANTS** the motion.

**SO ORDERED**, this __4__ day of October, 2021.

JAMES C. DEVER III
United States District Judge