IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| INFERNAL TECHNOLOGY, LLC, and ) <br> TERMINAL REALITY, INC., ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> UBISOFT, INC. and, ) <br> UBISOFT ENTERTAINMENT S.A., ) <br>  ) <br> Defendants. ) | **Civil Action No. 5:20-cv-00223-D** <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Infernal Technology LLC and Terminal Reality Inc. (collectively, "Plaintiffs"), hereby file this Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i), dismissing all claims asserted by Plaintiffs against Defendants WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: February 6, 2024                    Respectfully submitted,

**BUETHER JOE & COUNSELORS, LLC**

By:     */s/ Eric W. Buether*
        Eric W. Buether (Lead Counsel)
        State Bar No. 03316880
        Eric.Buether@BJCIPLaw.com
        Christopher M. Joe
        State Bar No. 00787770
        Chris.Joe@BJCIPLaw.com
        Kenneth P. Kula
        State Bar No. 24004749
        Ken.Kula@BJCIPLaw.com
        Michael W. Doell
        State Bar No. 24127525
        Mike.Doell@ BJCIPLaw.com

        1700 Pacific Avenue
        Suite 4750
        Dallas, Texas 75201
        Telephone:     (214) 466-1270
        Facsimile:     (214) 635-1842

**ATTORNEYS FOR PLAINTIFF INFERNAL TECHNOLOGY, LLC AND TERMINAL REALITY, INC.**

        Lynne A. Borchers
        NC State Bar No. 32386
        Peter D. Siddoway
        N.C. State Bar No. 45647
        Sage Patent Group, PLLC
        2130 Sugar Bush Road, Suite 200
        Raleigh, North Carolina 27612
        Telephone:     (984) 219-3358
        Facsimile:     (984) 538-0416
        Email:  lborchers@sagepat.com
        Email:  psiddoway@sagepat.com

**LOCAL CIVIL RULE 83.1(D) COUNSEL FOR PLAINTIFFS INFERNAL TECHNOLOGY, LLC AND TERMINAL REALITY, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 6, 2024, the foregoing document was filed electronically via the Court's ECF system which will send notification via electronic means to all counsel of record.

                                                         */s/ Peter D. Siddoway*
                                                         Peter D. Siddoway